# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>JEFFREY ALLEN STATEN,<br><br>                Defendant. | CASE NO. 11CR4526-IEG<br><br>**JUDGMENT OF DISMISSAL** |

**FILED** FEB - 6 2012, CLERK, U.S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA, BY ___ DEPUTY

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has dismissed the case due to speedy trial, without prejudice; or

___ the Court has granted the motion of the Government for dismissal, without prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) as charged in the Indictment:

21 USC 841(a)(1)

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 2/6/2012

                                          Irma E. Gonzalez
                                          U.S. District Judge